PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Travis Stewart</u>　　　　　　　Case Number: <u>3:07-00066</u>

Name of Sentencing Judicial Officer: <u>Honorable Robert Echols, Senior U.S. District Judge</u>

Date of Original Sentence: <u>December 17, 2007</u>

Original Offense: <u>Felon in Possession of a Firearm.</u>

Original Sentence: <u>77 months' imprisonment followed by 3 years' supervised release.</u>

Type of Supervision: <u>Supervised Release</u>　　　　Date Supervision Commenced: <u>September 28, 2012</u>

Assistant U.S. Attorney: <u>Darryl Stewart</u>　　　　　Defense Attorney: <u>Caryll S. Alpert</u>

---

**THE COURT ORDERS:**

☒ No Action *as recommended by PO*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _____ day of
_____, 2012, and made a part of the records
in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
U.S. Probation Officer

Place:　Columbia, Tennessee

Date:　November 6, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

**1.**          **The defendant shall refrain from any unlawful use of a controlled substance:**

On October 1, 2012, and October 30, 2012, Mr. Stewart submitted urine screens at the probation office, which tested positive for marijuana. On October 4, 2012, Mr. Stewart admitted he had used marijuana while taking his sister to the grocery store on September 30, 2012. On October 30, 2012, Mr. Stewart denied any new use of marijuana.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Stewart is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since September 28, 2012. He is currently employed with Goodwill Industries, Nashville, Tennessee. He lives with his wife and four children in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

Mr. Stewart was referred for a substance abuse intake assessment at Centerstone, in Madison, Tennessee, on October 23, 2012. The assessment has not yet been completed. In addition, Mr. Stewart is enrolled in the U.S. Probation drug testing program at the most intensive level.

This probation officer issued a verbal reprimand to Mr. Stewart for violating his conditions of supervised release by using illegal drugs. Mr. Stewart was re-instructed as to all his conditions, and specifically instructed not to possess or use illegal substances. Mr. Stewart understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation. The offender's term of supervision is scheduled to expire on October 17, 2015.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court to allow Mr. Stewart the opportunity to participate in outpatient drug treatment if recommended by Centerstone. It is recommended Mr. Stewart continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer